**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **GERALDINE BUDWICK** | ) | |
| | ) | Case No. 08-B-07174 |
| | ) | Judge John H. Squires |
| Debtor. | ) | |

## FINAL DEBTOR-IN-POSSESSION REPORT

NOW COMES Geraldine Budwick ("Budwick"), and as the Final Debtor-in-Possession Report of Budwick, states that on July 17, 2008, the date this case was converted from a case pending under Chapter 11 of the Bankruptcy Code to a case pending under Chapter 7 of the Bankruptcy Code, the following claims remained unsatisfied (see Exhibit A attached hereto):

1. Allstate Insurance ($636.75)
   Check Processing Center – 27
   P.O. Box 55126
   Boston, MA  02205-5126

2. State Farm Insurance ($724.73)
   c/o Campbell Hightower & Adams
   4645 S. Lakeshore Drive, Suite 11
   Tempe, AZ  85282

3. Illinois State Fire Marshall ($200.00)
   Division of Boiler and Pressure Vessel Safety
   1035 Stevenson Drive
   Springfield, Illinois  62703

4. Waste Management Residential ($43.00)
   c/o Receivable Management Services
   4836 Brecksville Road
   P.O. Box 498
   Richfield, Ohio  44286

      5.      Comcast Cable ($1,252.40)
             c/o Credit Protection Association
             13355 Noel Road
             Dallas, TX  75240

      6.      Tru Green ($80.35)
             c/o Transworld Systems
             P.O. Box 1864
             Santa Rosa, CA  95402

     Budwick submits this Final Debtor-in-Possession Report and declares under penalty of perjury that she has read the foregoing statements and they are true and correct to the best of her knowledge, information and belief.



                    /s/ Geraldine Budwick
                **GERALDINE BUDWICK,** Debtor



Ariel Weissberg, Esq. (No. 03125591)
Rakesh Khanna, Esq. (No. 06243244)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514